Winona Hurst WALDON
and Walter Waldon

v.

SOUTHEASTERN PENNSYLVANIA
TRANSPORTATION AUTHORITY
and First Transit, Inc. and Troy
Chamberlain.

Petition of First Transit, Inc.
and Troy Chamberlain.

Supreme Court of Pennsylvania.

June 10, 2011.

### *ORDER*

PER CURIAM.

AND NOW; this 10th day of June 2011, the Application for King's Bench and Extraordinary Relief is **DENIED.** The Application for Emergency Stay of Proceedings is **DENIED.**